KIRK E. TROST (State Bar # 127097)
MADELINE E. MILLER (State Bar # 221568)
MILLER, OWEN & TROST
A Professional Corporation
428 J Street, Suite 400
Sacramento, CA 95814
Telephone: (916) 447-7933
Facsimile: (916) 447-5195

THOMAS HAAS, City Attorney (State Bar # 045279)
PAUL VALLE-RIESTRA, Senior Assistant City Attorney (State Bar # 119321)
MARGARET L. KOTZEBUE, Assistant City Attorney (State Bar # 148592)
City of Walnut Creek
P.O. Box 8039
1666 North Main Street
Walnut Creek, CA 94596
Telephone: (925) 943-5813
Facsimile: (925) 256-3501

Attorneys for Defendants and Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, a California Corporation, doing business as SBC CALIFORNIA,<br><br>    Plaintiffs and Petitioner,<br><br>    v.<br><br>THE CITY OF WALNUT CREEK, CALIFORNIA, and THE CITY COUNCIL OF THE CITY OF WALNUT CREEK<br><br>    Defendants and Respondents. | Case No.: C 05-4723 MMC<br><br>STIPULATION FOR EXTENSION OF TIME FOR FILING RESPONSIVE PLEADING |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to Local Rule 6-1(a), the City of Walnut Creek and the City Council of the City of Walnut Creek may file a responsive pleading no later than February 27, 2006.

DATED:  January 17, 2006

Respectfully submitted,

MILLER, OWEN & TROST
A Professional Corporation

       s/Kirk E. Trost       
Kirk E. Trost

Attorneys for Defendants and Respondents
City of Walnut Creek and the City Council of the
City of Walnut Creek

DATED:  January 18, 2006

PILLSBURY WINTHROP SHAW PITMANN, LLP

       s/Ronald E. Van Buskirk       
Ronald E. Van Buskirk

Attorneys for Plaintiff and Petitioner Pacific Bell Telephone Company, a California Corporation, doing business as SBC California

Dated: January 18, 2006

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA