KIRK E. TROST (State Bar # 127097)
MADELINE E. MILLER (State Bar # 221568)
MILLER, OWEN & TROST
A Professional Corporation
428 J Street, Suite 400
Sacramento, CA  95814
Telephone: (916) 447-7933
Facsimile: (916) 447-5195

THOMAS HAAS, City Attorney (State Bar # 045279)
PAUL VALLE-RIESTRA, Senior Assistant City Attorney (State Bar # 119321)
MARGARET L. KOTZEBUE, Assistant City Attorney (State Bar # 148592)
City of Walnut Creek
P.O. Box 8039
1666 North Main Street
Walnut Creek, CA  94596
Telephone: (925) 943-5813
Facsimile: (925) 256-3501

Attorneys for Defendants and Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, a California Corporation, doing business as SBC CALIFORNIA,<br><br>  Plaintiffs and Petitioner,<br><br>  v.<br><br>THE CITY OF WALNUT CREEK, CALIFORNIA, and THE CITY COUNCIL OF THE CITY OF WALNUT CREEK<br><br>  Defendants and Respondents. | Case No.: C 05-4723 MMC<br><br>ORDER APPROVING STIPULATION FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT |

Dated: July 18, 2006

IT IS SO ORDERED
Judge Maxine M. Chesney

STIPULATION FOR CONTINUANCE OF HEARING           - 1 -           CASE NO. C-05-4723 (MMC)

WHEREAS, the parties agree that legislation pending at the state level may affect the outcome of the Defendant's Motion to Dismiss the First Amended Complaint;

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to Local Rule 7-7(b)(1) and 6-1(a), the hearing date for the Defendant and Respondent's Motion to Dismiss the First Amended Complaint is continued to October 13, 2006, at 9:00 a.m.

DATED: July 14, 2006    MILLER, OWEN & TROST
                        A Professional Corporation

                        _____s/Kirk E. Trost_____
                        Kirk E. Trost

                        Attorneys for Defendants and Respondents
                        City of Walnut Creek and the City Council of the
                        City of Walnut Creek

DATED: July 14, 2006    PILLSBURY WINTHROP SHAW PITTMAN, LLP

                        _____s/Ronald E. Van Buskirk_____
                        Ronald E. Van Buskirk

                        Attorneys for Plaintiff and Petitioner Pacific Bell
                        Telephone Company, a California Corporation,
                        doing business as SBC California

DATED: July 14, 2006    HOWARD RICE NEMEROVSKI CANADY FALK AND
                        RABKIN, A Professional Corporation

                        _____s/Bernard A. Burk_____
                        Bernard A. Burk

                        Attorneys for Intervenor California Cable and
                        Telecommunications Association