KIRK E. TROST (State Bar # 127097)
MADELINE E. MILLER (State Bar # 221568)
MILLER, OWEN & TROST
A Professional Corporation
428 J Street, Suite 400
Sacramento, CA  95814
Telephone: (916) 447-7933
Facsimile: (916) 447-5195

THOMAS HAAS, City Attorney (State Bar # 045279)
PAUL VALLE-RIESTRA, Senior Assistant City Attorney (State Bar # 119321)
MARGARET L. KOTZEBUE, Assistant City Attorney (State Bar # 148592)
City of Walnut Creek
P.O. Box 8039
1666 North Main Street
Walnut Creek, CA  94596
Telephone: (925) 943-5813
Facsimile: (925) 256-3501

Attorneys for Defendants and Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, a California Corporation, doing business as SBC CALIFORNIA,<br><br>    Plaintiffs and Petitioner,<br><br>v.<br><br>THE CITY OF WALNUT CREEK, CALIFORNIA, and THE CITY COUNCIL OF THE CITY OF WALNUT CREEK<br><br>    Defendants and Respondents. | Case No.: C 05-4723 MMC<br><br>**STIPULATION AND [Proposed] ORDER VACATING ENE ASSIGNMENT AND CONTINUING ADR PROCESS AND DEADLINES** |

1    The parties to this action hereby stipulate as follows:

2    WHEREAS, Defendants City of Walnut Creek and its City Council have made a motion to
3    dismiss Plaintiff's First Amended Complaint (and Defendant in Intervention California Cable &
4    Telecommunications Association has answered said First Amended Complaint);

5    WHEREAS, legislation is pending at the state level that may affect the issues presented in
6    this litigation;

7    WHEREAS, in order to allow the completion of the legislative process and assess its effect
8    on the issues in this case, the parties have stipulated, pursuant to Local Rule 7-7(b)(1) and 6-1(a),
9    to continue the hearing date on Defendants' motion to dismiss to October 13, 2006, which is the
10   same day as the further Case Management Conference previously set by the Court in this action;

11   WHEREAS, the Court ordered this case into the Early Neutral Evaluation ("ENE")
12   program by minute order dated May 26, 2006, and under Local ADR Rule 3-6 the ENE is to be
13   completed by August 24, 2006; and

14   WHEREAS, the parties believe it would not be an effective expenditure of the Court's, the
15   volunteer evaluator's, or the parties' time and resources to conduct an ENE until after the
16   legislative session has ended and the effects of the pending legislation have been assessed by the
17   parties,

18   THEREFORE, IT HEREBY IS STIPULATED by and among the parties to the above-
19   captioned action, through their respective counsel of record, and the parties respectfully request
20   that the Court enter its Order, as follows:

21   1.   The assignment of this action to the Early Neutral Evaluation Program is VACATED.
22   2.   The parties shall address in their Joint Case Management Conference Statement, and
23   shall be prepared to address at the Case Management Conference set for October 13, 2006, the
24   appropriate Alternative Dispute Resolution process for this case in light of the effects of any
25   legislation enacted by the time of the Case Management Conference.
26   //
27   //
28   //

| | |
|---|---|
| DATED:  August 2, 2006 | MILLER, OWEN & TROST<br>A Professional Corporation<br><br>By:_____s/Kirk E. Trost_____<br>         Kirk E. Trost<br><br>Attorneys for Defendants and Respondents<br>City of Walnut Creek and the City Council of the<br>City of Walnut Creek |
| DATED:  August 2, 2006 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br><br>By:_____s/Ronald E. Van Buskirk_____<br>         Ronald E. Van Buskirk<br><br>Attorneys for Plaintiff and Petitioner Pacific Bell Telephone Company, a California Corporation, doing business as SBC California |
| DATED:  August 2, 2006 | HOWARD RICE NEMEROVSKI CANADY FALK AND RABKIN<br>A Professional Corporation<br><br>JEFFREY SINSHEIMER<br>CALIFORNIA CABLE & TELECOMMUNICATIONS ASSOCIATION<br><br>By:_____s/Bernard A. Burk_____<br>         Bernard A. Burk<br><br>Attorneys for Intervenor California Cable and Telecommunications Association |

IT IS SO ORDERED.

Dated: \_August 3, 2006\_\_\_\_\_          _____
                                                                    Maxine M. Chesney
                                                                    United States District Judge