Dated: September 21, 2006

KIRK E. TROST (State Bar # 127097)
MADELINE E. MILLER (State Bar # 221568)
MILLER, OWEN & TROST
A Professional Corporation
428 J Street, Suite 400
Sacramento, CA  95814
Telephone:  (916) 447-7933
Facsimile:  (916) 447-5195
trost@motlaw.com
madelinemiller@motlaw.com

PAUL VALLE-RIESTRA, City Attorney (State Bar # 119321)
MARGARET L. KOTZEBUE, Assistant City Attorney (State Bar # 148592)
City of Walnut Creek
P.O. Box 8039
1666 North Main Street
Walnut Creek, CA  94596
Telephone:  (925) 943-5813
Facsimile:  (925) 256-3501
VALLE-RIESTRA@ci.walnut-creek.ca.us
Kotzebue@ci.walnut-creek.ca.us

Attorneys for Defendants and Respondents

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, a California corporation doing business as SBC CALIFORNIA,<br><br>     Plaintiff and Petitioner,<br><br>v.<br><br>THE CITY OF WALNUT CREEK and THE CITY COUNCIL OF THE CITY OF WALNUT CREEK,<br><br>     Defendants and Respondents. | Case No.: C 05 4723 MMC<br><br>**NOTICE OF CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Original Hearing<br>Date:              October 13, 2006<br><br>Continued Hearing<br>Date:              December 8, 2006<br>Time:              9:00 a.m.<br>Court:             Courtroom 7<br>Judge:            Maxine M. Chesney |

1

NOTICE OF CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO
DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT            Case No. C-05-4723 (MMC)

Pursuant to Local Rule 7-7 (a), the City of Walnut Creek and City Council of the City of Walnut Creek (referred to collectively as the "City") hereby files this Notice of Continuance of the hearing date for the City's Motion to Dismiss Plaintiff's First Amended Complaint. No opposition to the motion has been filed yet. The City is continuing the hearing and briefing on the motion in light of the legislation currently before Governor Schwarzenegger which, if signed into law, may affect the outcome of Defendant's Motion to Dismiss the First Amended Complaint. The City seeks to conserve judicial resources, as well as the resources of all parties to this action, by continuing the hearing date.

PLEASE TAKE NOTICE THAT the continued hearing will be held on December 8, 2006, at 9:00 a.m., in courtroom 7 of the United States District Court, Northern District, located at 450 Golden Gate Avenue, San Francisco, California. Defendants City of Walnut Creek and City Council of the City of Walnut Creek (collectively, the "City") will move, and hereby do move, the Court to dismiss Plaintiff's First Claim for Relief pursuant to Federal Rule of Civil Procedure 12(b)(6). The Motion seeks the following relief: that the Court dismiss the First Claim for Relief stated in the First Amended Complaint for failure to state a cause of action.

DATED: September 21, 2006

    Respectfully submitted,

    MILLER, OWEN & TROST
    A Professional Corporation


    _____s/Kirk E. Trost_____
    Kirk E. Trost

    Attorneys for Defendants and Respondents

1