1 | KIRK E. TROST (State Bar # 127097)
MADELINE E. MILLER (State Bar # 221568)
2 | MILLER, OWEN & TROST
A Professional Corporation
3 | 428 J Street, Suite 400
Sacramento, CA  95814
4 | Telephone: (916) 447-7933
Facsimile: (916) 447-5195

THOMAS HAAS, City Attorney (State Bar # 045279)
PAUL VALLE-RIESTRA, Senior Assistant City Attorney (State Bar # 119321)
MARGARET L. KOTZEBUE, Assistant City Attorney (State Bar # 148592)
City of Walnut Creek
P.O. Box 8039
1666 North Main Street
Walnut Creek, CA  94596
Telephone: (925) 943-5813
Facsimile: (925) 256-3501

Attorneys for Defendants and Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, a California Corporation, doing business as SBC CALIFORNIA,<br><br>    Plaintiffs and Petitioner,<br><br>v.<br><br>THE CITY OF WALNUT CREEK, CALIFORNIA, and THE CITY COUNCIL OF THE CITY OF WALNUT CREEK<br><br>    Defendants and Respondents. | Case No.: C 05-4723 MMC<br><br>STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER |

1   WHEREAS, on September 7, 2006, the Clerk issued a notice to all parties that the
2   Case Management Conference in this matter was rescheduled to November 3, 2006, at 10:00
3   a.m.; and
4   WHEREAS, Kirk E. Trost, counsel for Respondents City of Walnut Creek and the
5   City Council of the City of Walnut Creek ("City") has a scheduling conflict on that date, as
6   set forth with particularity in the Declaration of Kirk E. Trost In Support of Stipulation for
7   Continuance of Case Management Conference and Proposed Order filed herewith.
8   THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this
9   action through their designated counsel that, pursuant to Local Rule 6-2, subdivision (a), the
10  date for the Case Management Conference is continued to December 15, 2006, at 10:00 a.m.

11  DATED:  October 23, 2006            Respectfully submitted,

12                                      MILLER, OWEN & TROST
13                                      A Professional Corporation

14
                                        _____s/Kirk E. Trost_____
15                                           Kirk E. Trost

16                                      Attorneys for Defendants and Respondents
17                                      City of Walnut Creek and the City Council of the
                                        City of Walnut Creek
18

19  DATED:  October 23, 2006            PILLSBURY WINTHROP SHAW PITMANN,
20                                      LLP

21
                                        _____s/Christopher R. Ball_____
22                                           Christopher R. Ball

23
                                        Attorneys for Plaintiff and Petitioner Pacific Bell
24                                      Telephone Company, a California Corporation,
25                                      doing business as SBC California

26

27

28

1   DATED: October 23, 2006                HOWARD RICE NEMEROVSKI CANADY
2                                                        FALK & RABKIN
3
4                                                     s/Bernard A. Burk
                                                      Bernard A. Burk
5
                                               Attorneys for Intervenor California Cable &
6                                              Telecommunications Association
7
8   IT IS SO ORDERED, with the exception that the case management conference is hereby
    continued to January 5, 2007 at 10:30 a.m.
9
    DATED:  October 25, 2006
10
                                                      Maxine M. Chesney
11                                                    United States District Judge