*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

| | |
|---|---|
| 1 | KIRK E. TROST (State Bar # 127097) |
| | MADELINE E. MILLER (State Bar # 221568) |
| 2 | MILLER, OWEN & TROST |
| | A Professional Corporation |
| 3 | 428 J Street, Suite 400 |
| | Sacramento, CA  95814 |
| 4 | Telephone: (916) 447-7933 |
| | Facsimile: (916) 447-5195 |
| 5 | |
| 6 | THOMAS HAAS, City Attorney (State Bar # 045279) |
| | PAUL VALLE-RIESTRA, Senior Assistant City Attorney (State Bar # 119321) |
| 7 | MARGARET L. KOTZEBUE, Assistant City Attorney (State Bar # 148592) |
| | City of Walnut Creek |
| 8 | P.O. Box 8039 |
| | 1666 North Main Street |
| 9 | Walnut Creek, CA  94596 |
| | Telephone: (925) 943-5813 |
| 10 | Facsimile: (925) 256-3501 |

Attorneys for Defendants and Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, a California Corporation, doing business as SBC CALIFORNIA, | Case No.: C 05-4723 MMC |
| Plaintiffs and Petitioner, | STIPULATION FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT |
| v. | |
| THE CITY OF WALNUT CREEK, CALIFORNIA, and THE CITY COUNCIL OF THE CITY OF WALNUT CREEK | |
| Defendants and Respondents. | |

WHEREAS, Defendants City of Walnut Creek and its City Council have made a motion to dismiss the first claim alleged in Plaintiff's First Amended Complaint (and Defendant in Intervention California Cable & Telecommunications Association has answered said First Amended Complaint);

1  WHEREAS, the hearing on Defendants' motion to dismiss Plaintiff's First Amended Complaint is currently scheduled for December 8, 2006, at 9:00 a.m.;

2  WHEREAS, the parties are engaged in discussions in an effort to resolve the matter;

3  IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to Local Rule 7-7(b)(1) and 6-1(a), the hearing date for the Defendant and Respondent's Motion to Dismiss the First Amended Complaint is continued to February 9, 2007, at 9:00 a.m.

DATED: November 16, 2006     MILLER, OWEN & TROST
                             A Professional Corporation


                                   s/Kirk E. Trost
                                   Kirk E. Trost

                             Attorneys for Defendants and Respondents
                             City of Walnut Creek and the City Council of the
                             City of Walnut Creek

DATED: November 16, 2006     PILLSBURY WINTHROP SHAW PITTMAN, LLP


                                   s/Ronald E. Van Buskirk
                                   Ronald E. Van Buskirk

                             Attorneys for Plaintiff and Petitioner Pacific Bell
                             Telephone Company, a California Corporation,
                             doing business as SBC California

DATED: November 16, 2006     HOWARD RICE NEMEROVSKI CANADY FALK AND
                             RABKIN, A Professional Corporation


                                   s/Bernard A. Burk
                                   Bernard A. Burk

                             Attorneys for Intervenor California Cable and
                             Telecommunications Association