1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    RONALD E. VAN BUSKIRK  #64683
2   CHRISTOPHER R. BALL  #111280
    50 Fremont Street
3   Post Office Box 7880
    San Francisco, CA  94120-7880
4   Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
5   Email:  ronald.vanbuskirk@pillsburylaw.com

6   Attorneys for Plaintiff,
    PACIFIC BELL TELEPHONE COMPANY,
7   doing business as AT&T California

8   KIRK E. TROST  #127097
    MILLER, OWEN & TROST
9   A Professional Corporation
    428 J Street, Suite 400
10  Sacramento, CA  95814
    Telephone:  (916) 447-7933
11  Facsimile:  (916) 447-5195
    Email:  Trost@motlaw.com
12
    Attorneys for Defendants,
13  THE CITY OF WALNUT CREEK and THE
    CITY COUNCIL OF THE CITY OF WALNUT
14  CREEK

15            UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17

18  PACIFIC BELL TELEPHONE COMPANY,        No. C-05-4723 MMC
    a California corporation doing business as
19  AT&T CALIFORNIA,                       STIPULATION FOR CONTINUANCE

20          Plaintiff,                     OF FURTHER CASE MANAGEMENT

21     vs.                                 CONFERENCE AND [PROPOSED]

22  THE CITY OF WALNUT CREEK and THE       ORDER
    CITY COUNCIL OF THE CITY OF
23  WALNUT CREEK,

24          Defendants.

25  CALIFORNIA CABLE & TELE-
    COMMUNICATIONS ASSOCIATION,
26
            Defendant in Intervention.
27

28

1    WHEREAS, by Order dated October 25, 2006, the Court approved the parties'

2  stipulation and continued the further Case Management Conference to January 5, 2007;

3    WHEREAS, the parties are engaged in discussions in an effort to resolve the matter.

4    THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this

5  action through their designated counsel that, pursuant to Local Rule 6-2(a), the date for the

6  further Case Management Conference is continued to March 2, 2007 at 10:30 a.m.

7    Dated: December 27, 2006.

PILLSBURY WINTHROP SHAW PITTMAN LLP
RONALD E. VAN BUSKIRK
CHRISTOPHER R. BALL
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880

GIBSON, DUNN & CRUTCHER LLP
ROBERT S. METZGER
333 South Grand Avenue
Los Angeles, CA 90071

AT&T WEST LEGAL DEPARTMENT
BOBBY C. LAWYER
525 Market Street, 20th Floor
San Francisco, CA  94105

By_____/s/ Christopher R. Ball_____
             Christopher R. Ball

Attorneys for Plaintiff,
PACIFIC BELL TELEPHONE COMPANY
doing business as AT&T CALIFORNIA

| | | |
|---|---|---|
| 1 | Dated: December 27, 2006. | |
| 2 | | KIRK E. TROST<br>MADELINE E. MILLER |
| 3 | | MILLER, OWEN & TROST<br>A Professional Corporation |
| 4 | | 428 J Street, Suite 400<br>Sacramento, CA 95814 |
| 5 | | PAUL VALLE-RIESTRA |
| 6 | | MARGARET KOTZEBUE<br>City of Walnut Creek |
| 7 | | P.O. Box 8039<br>1666 North Main Street |
| 8 | | Walnut Creek, CA 94596 |
| 9 | | By_____/s/ Kirk E. Trost_____<br>Kirk E. Trost |
| 10 | | |
| 11 | | Attorneys for Defendants,<br>THE CITY OF WALNUT CREEK and THE<br>CITY COUNCIL OF THE CITY OF |
| 12 | Dated: December 27, 2006. | WALNUT CREEK |
| 13 | | HOWARD RICE NEMEROVSKI CANADY FALK<br>AND RABIN |
| 14 | | A Professional Corporation<br>Three Embarcadero Center |
| 15 | | San Francisco, CA 94111 |
| 16 | | JEFFREY SINSHEIMER |
| 17 | | CALIFORNIA CABLE &<br>TELECOMMUNICATIONS ASSOCIATION |
| 18 | | |
| 19 | | By_____/s/ Bernard A. Burk_____<br>Bernard A. Burk |
| 20 | | Attorneys for Intervenor, |
| 21 | | THE CALIFORNIA CABLE AND<br>TELECOMMUNICATIONS |
| 22 | | ASSOCIATION |
| 23 | IT IS SO ORDERED. | |
| 24 | January 2, 2007<br>Dated: ~~December __, 2006~~. | |
| 25 | | |
| 26 | | _____<br>Hon. Maxine M. Chesney |
| 27 | | U.S. District Court Judge |
| 28 | | |