KIRK E. TROST (State Bar # 127097)
MADELINE E. MILLER (State Bar # 221568)
MILLER, OWEN & TROST
A Professional Corporation
428 J Street, Suite 400
Sacramento, CA  95814
Telephone: (916) 447-7933
Facsimile: (916) 447-5195

THOMAS HAAS, City Attorney (State Bar # 045279)
PAUL VALLE-RIESTRA, Senior Assistant City Attorney (State Bar # 119321)
MARGARET L. KOTZEBUE, Assistant City Attorney (State Bar # 148592)
City of Walnut Creek
P.O. Box 8039
1666 North Main Street
Walnut Creek, CA  94596
Telephone: (925) 943-5813
Facsimile: (925) 256-3501

Attorneys for Defendants and Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, a California Corporation, doing business as SBC CALIFORNIA,<br><br>    Plaintiffs and Petitioner,<br><br>  v.<br><br>THE CITY OF WALNUT CREEK, CALIFORNIA, and THE CITY COUNCIL OF THE CITY OF WALNUT CREEK<br><br>    Defendants and Respondents. | Case No.: C 05-4723 MMC<br><br>STIPULATION FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER |

WHEREAS, Defendants City of Walnut Creek and the City Council of the City of Walnut Creek have made a motion to dismiss Plaintiff's First Amended Complaint and Defendant in Intervention California Cable & Telecommunications Association has answered said First Amended Complaint;

WHEREAS, the hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is currently scheduled for February 9, 2007, at 9:00 a.m.;

WHEREAS, the parties are engaged in discussions in an effort to resolve this matter;

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to Local Rule 7-7(b)(1) and 6-1(a), the hearing date for the Defendant and Respondent's Motion to Dismiss the First Amended Complaint is continued to April 20, 2007, at 9:00 a.m.

DATED: January 23, 2007    MILLER, OWEN & TROST
A Professional Corporation

    s/Kirk E. Trost
    Kirk E. Trost

Attorneys for Defendants and Respondents
City of Walnut Creek and the City Council of the
City of Walnut Creek

DATED: January 23, 2007    PILLSBURY WINTHROP SHAW PITTMAN, LLP

    s/Ronald E. Van Buskirk
    Ronald E. Van Buskirk

Attorneys for Plaintiff and Petitioner Pacific Bell Telephone Company, a California Corporation, doing business as SBC California

DATED: January 23, 2007

HOWARD RICE NEMEROVSKI CANADY FALK AND RABKIN, A Professional Corporation

_____s/Bernard A. Burk_____
Bernard A. Burk

Attorneys for Intervenor California Cable and Telecommunications Association

IT IS SO ORDERED.

DATED: __January 23__, 2007

_____
Judge Maxine M. Chesney
United States District Court
Northern District of California