KIRK E. TROST (State Bar # 127097)
MADELINE E. MILLER (State Bar # 221568)
MILLER, OWEN & TROST
A Professional Corporation
428 J Street, Suite 400
Sacramento, CA  95814
(916) 447-7933

THOMAS HAAS, City Attorney (State Bar # 045279)
PAUL VALLE-RIESTRA, Senior Assistant City Attorney (State Bar # 119321)
MARGARET L. KOTZEBUE, Assistant City Attorney (State Bar # 148592)
City of Walnut Creek
P.O. Box 8039
1666 North Main Street
Walnut Creek, CA  94596
(925) 943-5813

Attorneys for Defendants and Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, a California corporation doing business as SBC CALIFORNIA,<br><br>Plaintiff and Petitioner,<br><br>v.<br><br>THE CITY OF WALNUT CREEK and THE CITY COUNCIL OF THE CITY OF WALNUT CREEK,<br><br>Defendants and Respondents. | Case No.: C-05-4723 MMC<br><br>**STIPULATED REQUEST FOR EMERGENCY ORDER RESCHEDULING  SETTLEMENT CONFERENCE AND PROPOSED ORDER; ORDER DENYING STIPULATED REQUEST** |

- 1 -

WHEREAS, on March 2, 2007, this Court issued an order assigning this case to a settlement conference before Magistrate Judge Spero;

WHEREAS, on March 5, 2007, Magistrate Judge Spero issued an order setting the settlement conference for April 2, 2007;

WHEREAS, representatives from the City cannot attend the settlement conference scheduled for April 2, 2007, due to previously scheduled, out-of-town vacations;

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the parties request the settlement conference scheduled on April 2, 2007, be vacated and that a settlement conference be scheduled for March 26, 2007, to be heard by a Magistrate Judge that is available to hear such conference.  The parties further request that settlement conference statements be due on March 20, 2007.

DATED:  March 14, 2007        MILLER, OWEN & TROST
                              A Professional Corporation


                                      s/Kirk E. Trost
                                      Kirk E. Trost

                              Attorneys for Defendants and Respondents
                              City of Walnut Creek and the City Council of the
                              City of Walnut Creek

DATED:  March 14, 2007        PILLSBURY WINTHROP SHAW PITTMAN,
                              LLP


                                      s/Ronald E. Van Buskirk
                                      Ronald E. Van Buskirk

                              Attorneys for Plaintiff and Petitioner Pacific Bell
                              Telephone Company, a California Corporation,
                              doing business as SBC California

DEFENDANT'S REQUEST FOR EMERGENCY ORDER RESCHEDULING SETTLEMENT CONFERENCE AND
PROPOSED ORDER                                                            Case No. C-05-4723 (MMC)

DATED:  March 14, 2007              HOWARD RICE NEMEROVSKI CANADY FALK &
                                    RABKIN, A Professional Corporation


                                          s/Bernard A. Burk
                                          Bernard A. Burk

                                    Attorneys for Intervenor California Cable and
                                    Telecommunications Association



   The above stipulation is hereby DENIED.  No "emergency" has been identified, and the request to reschedule to accommodate the City's representatives is more properly directed to Magistrate Judge Spero.

   IT IS SO ORDERED.

DATED:  March 15, 2007              _____
                                    Judge Maxine M. Chesney
                                    United States District Court
                                    Northern District of California