IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, a California corporation doing business as AT&T CALIFORNIA,<br><br>Plaintiff and Petitioner<br><br>v.<br><br>THE CITY OF WALNUT CREEK and THE CITY COUNCIL OF THE CITY OF WALNUT CREEK,<br><br>Defendants and Respondents. | No. C-05-4723 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the parties' request in their supplemental joint case management conference statement, filed April 13, 2007, and In light of the settlement conference scheduled to take place May 9, 2007, the case management conference currently scheduled for April 20, 2007 is hereby CONTINUED to June 15, 2007 at 10:30 a.m. The parties shall file a joint case management statement no later than June 8, 2007.

**IT IS SO ORDERED**

Dated: April 17, 2007

MAXINE M. CHESNEY
United States District Judge