UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC BELL TELEPHONE COMPANY, dba SBC CALIFORNIA,

        Plaintiff(s),

v.

CITY OF WALNUT CREEK,

        Defendant(s).
_____/

No. C-05-04723 MMC (JCS)

**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCES**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The above matter was previously referred to Magistrate Judge Joseph C. Spero for settlement purposes.

    You are hereby notified that Further Settlement Conferences are scheduled for **May 17, 2007, at 9:30 a.m.**,[1] **and June 12, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

    The following individuals shall appear at the May 17, 2007 settlement conference: Jules Napoli, John di Bene, Betsy Kerr, Loren Irwin and Tom Cleary, on behalf of AT&T; and Paul Valle-Riestra, Rachel Lenci, Don Murphy, and a staff person from the Planning Department, on behalf of the City of Walnut Creek.

    Each party shall prepare an **updated Settlement Conference Statement**, which must be LODGED with the undersigned's Chambers (NOT electronically filed) **no later than June 5, 2007**. Please 3-hole punch the document at the left side.

---

[1] The purpose of the May 17, 2007 conference is to resolve the conditions to be included in the permits at issue in this litigation.

The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the next settlement conference. All other provisions of this Court's March 5, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: May 11, 2007

JOSEPH C. SPERO
United States Magistrate Judge