KIRK E. TROST (State Bar # 127097)
MADELINE E. MILLER (State Bar # 221568)
MILLER, OWEN & TROST
A Professional Corporation
428 J Street, Suite 400
Sacramento, CA  95814
Telephone: (916) 447-7933
Facsimile: (916) 447-5195

THOMAS HAAS, City Attorney (State Bar # 045279)
PAUL VALLE-RIESTRA, Senior Assistant City Attorney (State Bar # 119321)
MARGARET L. KOTZEBUE, Assistant City Attorney (State Bar # 148592)
City of Walnut Creek
P.O. Box 8039
1666 North Main Street
Walnut Creek, CA  94596
Telephone: (925) 943-5813
Facsimile: (925) 256-3501

Attorneys for Defendants and Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, a California Corporation, doing business as SBC CALIFORNIA,<br><br>    Plaintiffs and Petitioner,<br><br>v.<br><br>THE CITY OF WALNUT CREEK, CALIFORNIA, and THE CITY COUNCIL OF THE CITY OF WALNUT CREEK<br><br>    Defendants and Respondents. | Case No.: C 05-4723 MMC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FILING RESPONSIVE PLEADING |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to Local Rule 6-1(a), the City of Walnut Creek and the City Council of the City of Walnut Creek may file a responsive pleading no later than July 20, 2007.

DATED: June 4, 2007       Respectfully submitted,

MILLER, OWEN & TROST
A Professional Corporation

_____s/Kirk E. Trost_____
Kirk E. Trost

Attorneys for Defendants City of Walnut Creek and the City Council of the City of Walnut Creek

DATED: June 4, 2006       PILLSBURY WINTHROP SHAW PITMANN, LLP

_____s/Ronald E. Van Buskirk_____
Ronald E. Van Buskirk

Attorneys for Plaintiff Pacific Bell Telephone Company, a California Corporation, doing business as SBC California

DATED: June 4, 2007       HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, A Professional Corporation

_____s/Bernard A. Burk_____
Bernard A. Burk

Attorneys for Intervenor California Cable and Telecommunications Association

IT IS SO ORDERED.

Dated: June 7, 2007

_____
Maxine M. Chesney
United States District Judge
Northern District of California