KIRK E. TROST (State Bar # 127097)
MADELINE E. MILLER (State Bar # 221568)
MILLER, OWEN & TROST
A Professional Corporation
428 J Street, Suite 400
Sacramento, CA  95814
Telephone: (916) 447-7933
Facsimile: (916) 447-5195

THOMAS HAAS, City Attorney (State Bar # 045279)
PAUL VALLE-RIESTRA, Senior Assistant City Attorney (State Bar # 119321)
MARGARET L. KOTZEBUE, Assistant City Attorney (State Bar # 148592)
City of Walnut Creek
P.O. Box 8039
1666 North Main Street
Walnut Creek, CA  94596
Telephone: (925) 943-5813
Facsimile: (925) 256-3501

Attorneys for Defendants and Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, a California Corporation, doing business as SBC CALIFORNIA,<br><br>    Plaintiffs and Petitioner,<br><br>v.<br><br>THE CITY OF WALNUT CREEK, CALIFORNIA, and THE CITY COUNCIL OF THE CITY OF WALNUT CREEK<br><br>    Defendants and Respondents. | Case No.: C 05-4723 MMC<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION OF TIME FOR FILING RESPONSIVE PLEADING |

1   WHEREAS, Plaintiff Pacific Bell Telephone Company, doing business as AT&T
2  California, and Defendants City of Walnut Creek and the City Council of the City of Walnut
3  Creek have reached a tentative settlement agreement, subject to approval and preparation of
4  final documents;
5   WHEREAS, a case management conference is scheduled in this action for June 15,
6  2007;
7   WHEREAS, the parties require additional time to obtain the necessary approvals and
8  to prepare the final documents prior to any further case management conference;
9   THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this
10 action through their designated counsel that the case management conference currently
11 scheduled for June 15, 2007, be continued to August 24, 2007; and
12  IT IS FURTHER STIPULATED that, pursuant to Local Rule 6-1(a), the City of
13 Walnut Creek and the City Council of the City of Walnut Creek may file a responsive
14 pleading no later than September 20, 2007.

15 DATED: June 13, 2007                Respectfully submitted,

16                                     MILLER, OWEN & TROST
                                       A Professional Corporation
17

18
                                              s/Kirk E. Trost
19                                           Kirk E. Trost

20                                     Attorneys for Defendants City of Walnut Creek and
                                       the City Council of the City of Walnut Creek
21

1  DATED: June 13, 2006          PILLSBURY WINTHROP SHAW PITMANN, LLP
2
3
                                       s/Ronald E. Van Buskirk
4                                      Ronald E. Van Buskirk

5                                Attorneys for Plaintiff Pacific Bell Telephone
                                 Company, a California Corporation, doing business
6                                as SBC California

7  DATED: June 13, 2007          HOWARD RICE NEMEROVSKI CANADY FALK &
8                                RABKIN, A Professional Corporation

9
                                       s/Bernard A. Burk
10                                     Bernard A. Burk

11
                                 Attorneys for Intervenor California Cable and
12                               Telecommunications Association

13  IT IS SO ORDERED.

14  Dated: June 13, 2007          _____
15                                Maxine M. Chesney
                                  United States District Judge
16                                Northern District of California