UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, dba SBC CALIFORNIA,<br><br>           Plaintiff(s),<br>  v.<br><br>CITY OF WALNUT CREEK,<br><br>           Defendant(s).<br>_____/ | No. C-05-04723 MMC (JCS)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conferences has been scheduled for **July 25, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Each party shall prepare an *updated* Settlement Conference Statement, which must be LODGED with the undersigned's Chambers (NOT electronically filed) **no later than July 18, 2007**. Please 3-hole punch the document at the left side.

The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the next settlement conference. All other provisions of this Court's March 5, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: June 18, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge