KIRK E. TROST (State Bar # 127097)
MADELINE E. MILLER (State Bar # 221568)
MILLER, OWEN & TROST
A Professional Corporation
428 J Street, Suite 400
Sacramento, CA  95814
Telephone:  (916) 447-7933
Facsimile:  (916) 447-5195
trost@motlaw.com
madelinemiller@motlaw.com

PAUL VALLE-RIESTRA, City Attorney (State Bar # 119321)
MARGARET L. KOTZEBUE, Assistant City Attorney (State Bar # 148592)
City of Walnut Creek
P.O. Box 8039
1666 North Main Street
Walnut Creek, CA  94596
Telephone:  (925) 943-5813
Facsimile:  (925) 256-3501
VALLE-RIESTRA@ci.walnut-creek.ca.us
Kotzebue@ci.walnut-creek.ca.us

Attorneys for Defendants and Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, a California corporation doing business as SBC CALIFORNIA,<br><br>　　　　Plaintiff and Petitioner,<br><br>　　v.<br><br>THE CITY OF WALNUT CREEK and THE CITY COUNCIL OF THE CITY OF WALNUT CREEK,<br><br>　　　　Defendants and Respondents. | Case No.: C 05 4723 MMC<br><br>**STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE AND** ~~PROPOSED~~ **ORDER**<br><br>Judge:　　　Magistrate Judge Spero<br>Courtroom:　A, 15th Floor<br>Hearing Date: July 25, 2007<br>Hearing Time: 9:30 a.m. |

- 1 -

STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE AND ~~PROPOSED~~ ORDER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C-05-4723 (MMC)

1  WHEREAS, the parties last participated in a settlement conference with Magistrate Judge Spero on June 12, 2007;

WHEREAS, after the June 12, 2007, conference, Magistrate Judge Spero ordered that the parties submit updated Settlement Conference Statements in anticipation of a settlement conference on July 25, 2007;

WHEREAS, the parties have made significant progress towards the drafting of final conditions of approval of Plaintiff's applications for encroachment permits and only a few issues remain regarding the conditions of approval;

WHEREAS, the parties are working towards reaching settlement by July 31, 2007;

THEREFORE, the parties requests that this Court vacate the settlement conference set for July 25, 2007, and reschedule the settlement conference for August 29, 2007, or the next earliest available date.

DATED:  July 18, 2007         MILLER, OWEN & TROST
                              A Professional Corporation


                                    s/Kirk E. Trost
                                    Kirk E. Trost

                              Attorneys for Defendants and Respondents
                              City of Walnut Creek and the City Council of the
                              City of Walnut Creek


DATED: July 18, 2007          PILLSBURY WINTHROP SHAW PITMANN, LLP


                                    s/Ronald E. Van Buskirk
                                    Ronald E. Van Buskirk

                              Attorneys for Plaintiff and Petitioner Pacific Bell
                              Telephone Company, a California Corporation,
                              doing business as SBC California

STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE AND ~~PROPOSED~~ ORDER
Case No. C-05-4723 (MMC)

DATED:  July 18, 2007        HOWARD RICE NEMEROVSKI CANADY FALK &
                             RABKIN, A Professional Corporation


                                    s/Bernard A. Burk
                                    Bernard A. Burk

                             Attorneys for Intervenor California Cable and
                             Telecommunications Association

IT IS SO ORDERED.  The Settlement Conference is continued until August 29, 2007, at 11:00 a.m.
 Updated Settlement Conference Statements shall be due no later than August 22, 2007.

DATED:  July 23        , 2007       _____
                                    Magistrate Judge
                                    United States District Court
                                    Northern District of California

*IT IS SO ORDERED* (signed, Judge Joseph C. Spero)

- 3 -

STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE AND ~~PROPOSED~~ ORDER

Case No. C-05-4723 (MMC)