| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | RONALD E. VAN BUSKIRK  #64683 |
| 2 | CHRISTOPHER R. BALL  #111280 |
|   | 50 Fremont Street |
| 3 | Post Office Box 7880 |
|   | San Francisco, CA  94120-7880 |
| 4 | Telephone:  (415) 983-1000 |
|   | Facsimile:  (415) 983-1200 |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | PACIFIC BELL TELEPHONE COMPANY |
| 7 | KIRK E. TROST  (State Bar #127097) |
|   | MADELINE E. MILLER  (State Bar # 221568) |
| 8 | MILLER, OWEN & TROST |
|   | 428 J Street, Suite 400 |
| 9 | Sacramento, CA  95814 |
|   | Telephone:  (916) 447-7933 |
| 10 | Facsimile:  (916) 447-5195 |
| 11 | Attorneys for Defendants |
|   | THE CITY OF WALNUT CREEK and |
| 12 | THE CITY COUNCIL OF THE CITY OF WALNUT CREEK |
| 13 | [Additional counsel listed on signature page] |
| 14 | |

15         UNITED STATES DISTRICT COURT

16         NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | PACIFIC BELL TELEPHONE COMPANY, a California corporation doing business as AT&T California, | No. C 05-4723 MMC |
| 19 | | STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON |
| 20 | Plaintiff, | |
| 21 | vs. | [F. R. C. P. Rule 41(a)(1)] |
| 22 | THE CITY OF WALNUT CREEK and THE CITY COUNCIL OF THE CITY OF WALNUT CREEK, | |
| 23 | | |
| 24 | Defendants; | |
| 25 | CALIFORNIA CABLE & TELE-COMMUNICATIONS ASSOCIATION, | |
| 26 | | |
| 27 | Defendant in Intervention | |
| 28 | | |

1  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Pacific Bell
2  Telephone Company (doing business as AT&T California), defendants, The City of Walnut
3  Creek and The City Council of the City of Walnut Creek, and defendant in intervention,
4  California Cable & Telecommunications Association, hereby stipulate that this action is
5  dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees incurred in
6  connection with this action.

7  Dated:  August 16, 2007.

PILLSBURY WINTHROP SHAW PITTMAN LLP
RONALD E. VAN BUSKIRK
CHRISTOPHER R. BALL
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880

By _____/s/ Ronald E. Van Buskirk_____
              Ronald E. Van Buskirk

Attorneys for Plaintiff
PACIFIC BELL TELEPHONE COMPANY

KIRK E. TROST
MADELINE E. MILLER
MILLER, OWEN & TROST
428 J Street, Suite 400
Sacramento, CA  95814

PAUL VALLE-RIESTRA, City Attorney
City of Walnut Creek
1666 North Main Street
Walnut Creek, CA  94596

By_____/s/ Kirk E. Trost_____
              Kirk E. Trost

Attorneys for Defendants, the CITY OF
WALNUT CREEK and THE CITY COUNCIL
OF THE CITY OF WALNUT CREEK

HOWARD RICE NEMEROVSKI CANADY FALK &
RABKIN
A Professional Corporation
BERNARD A. BURK
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4024

JEFFREY SINSHEIMER
CALIFORNIA CABLE & TELECOMMUNICATIONS ASSOCIATION
360 22nd Street, Suite 740
Oakland, CA  94612


By _____/s/ Bernard A. Burk_____
     Bernard A. Burk
Attorneys for Defendant in Intervention
CALIFORNIA CABLE & TELE-
COMMUNICATIONS ASSOCIATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August 20, 2007

_____
The Honorable Maxine M. Chesney
Judge of the U.S. District Court